Mr. Justice Gridley delivered the opinion of the court.

---

Complete Artificial Stone Company, appellee, v. Angeline Dyniewicz and Casimir W. Dyniewicz, appellants. Gen. No. 24,749.

Action to recover on promissory note. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke,

Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

K. B. Czarnecki, for appellants. Roscoe L. Roberts, for appellee.

Mr. Justice Gridley delivered the opinion of the court.